
2025042414 5249

AO 440 (Rev. 06/12) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| SERVICE OF: | **SUMMONS AND COMPLAINT, CERTIFICATION** |
| EFFECTED (1) BY ME: | **JANE NUNN** |
| TITLE: | **PROCESS SERVER** |
| | DATE: **4/25/2025 12:55:09 PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

APPLE PAYMENTS, INC., C/O CT CORPORATION SYSTEM

Place where served:

820 BEAR TAVERN ROAD   WEST TRENTON  NJ  08628

[ X ]  Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

SCOTT KUNTZ

Relationship to defendant   **PERSON AUTHORIZED TO ACCEPT SERVICE**

Description of Person Accepting Service:

SEX: M    AGE: 36-50   HEIGHT: 5'9"-6'0"    WEIGHT: 161-200 LBS.    SKIN: WHITE    HAIR: BROWN   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____.____        SERVICES $ _____.____        TOTAL $ _____.____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

**Served Data:**
Subscribed and Sworn to me this
25th day of April, 2025

Notary Signature _____

Rosemary Ramos          September 25th, 2028
Name of Notary           My Commission Expires

I, JANE NUNN,
was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_M. Jane Nunn_____
Signature of Process Server          04/25/2025
                                      Date

| | |
|---|---|
| ATTORNEY: | JUSTIN A. MEYERS, ESQ. |
| PLAINTIFF: | JULIAN BARGO, ET AL |
| DEFENDANT: | APPLE INC., ET AL |
| VENUE: | DISTRICT |
| DOCKET: | 2 25 CV 02025 MEF LDW |
| COMMENT: | |