## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JULIAN BARGO, LAMAR PRATER and REBECCA PRATT, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>APPLE INC., APPLE PAYMENTS INC., GOOGLE LLC, and GOOGLE PAYMENT CORP.,<br><br>     Defendants. | Civil Action No.: 2:25-cv-02025-ES-LDW<br><br>Hon. Esther Salas, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J.<br><br>**DEFENDANTS APPLE INC. AND APPLE PAYMENTS INC.'S NOTICE OF MOTION AND MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404**<br><br>***Document Electronically Filed*** |

PLEASE TAKE NOTICE that Defendants Apple Inc. and Apple Payments Inc. will and hereby do respectfully move before the Honorable Esther Salas in Courtroom MLK 5A, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Room 4015, Newark, NJ 07101 for an Order transferring venue to the United States District Court for the Northern District of California, San Jose Division pursuant to 28 U.S.C. § 1404.

All requirements for transfer pursuant to 28 U.S.C. § 1404(a) have been met. *First*, this action could have been filed in the Northern District of California originally because a substantial part of the events giving rise to the claims occurred there. *Second*, on balance, the private and public factors overwhelmingly favor transfer because nearly every relevant aspect of this action is centered in the

Northern District of California. The management and decision-making in connection with Apple's app platform and payment processing businesses at issue in this case occur in the Northern District of California. Additionally, three out of the four defendants are headquartered in Northern California. The only connection this action has to New Jersey is that *one* of three named plaintiffs resides here.

This Motion is supported by Defendants Apple Inc. and Apple Payments Inc.'s Memorandum of Law in Support of Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404, the accompanying Declaration of Stoney Gamble, dated September 25, 2025, and the accompanying Declaration of Michael A. Thornberry, dated September 26, 2025. A proposed form of Order is filed concurrently herewith.

Dated:  September 29, 2025

Respectfully submitted,
**DLA PIPER LLP (US)**

*s/ Marc A. Silverman*
Marc A. Silverman
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078-2704
(212) 335-4828
marc.silverman@us.dlapiper.com

John Samuel Gibson (CA Bar No. 140647)
(admitted *pro hac vice*)
john.gibson@us.dlapiper.com
Colin McGrath (CA Bar No. 351947 / NY Bar No. 5494513)
(admitted *pro hac vice*)
colin.mcgrath@us.dlapiper.com
2000 Ave of the Stars,
Suite 400 North Tower

2

Los Angeles, CA 90067-4704
Tel: 310.595.3039


*Attorneys for Defendants*
*Apple Inc. and Apple Payments Inc.*

## CERTIFICATE OF SERVICE

This certifies that on this 29th day of September 2025, the foregoing **Defendants Apple Inc. and Apple Payments Inc.'s Notice of Motion and Motion to Transfer Venue Pursuant To 28 U.S.C. § 1404** was filed electronically. Notice of this filing will be sent by email to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

Dated:  September 29, 2025                 Respectfully submitted,

*s/ Marc A. Silverman*
Marc A. Silverman
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078-2704
(212) 335-4828
marc.silverman@us.dlapiper.com

*Attorneys for Defendants*
*Apple Inc. and Apple Payments Inc.*