# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JULIAN BARGO, LAMAR PRATER and REBECCA PRATT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., APPLE PAYMENTS INC., GOOGLE LLC, and GOOGLE PAYMENT CORP.,<br><br>Defendants. | Civil Action No.: 2:25-cv-02025-ES-LDW<br><br>Hon. Esther Salas, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J.<br><br>**DECLARATION OF STONEY GAMBLE IN SUPPORT OF DEFENDANTS APPLE INC. AND APPLE PAYMENTS INC.'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404**<br><br>*Document Electronically Filed* |

I, Stoney Gamble, hereby declare as follows:

1. I have personal knowledge of the facts recited herein and, if called upon to testify under oath, I could and would testify competently thereto. I submit this declaration in support of Defendants Apple Inc. and Apple Payments Inc.'s Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404.

2. I am an employee of Apple Inc. ("Apple"), and I have worked for Apple since November 17, 2003. My current title is Senior Manager, Policy & Escalations. In this role, I manage various teams responsible for—among other things—the enforcement of policies applicable to the review of Apple's App Store applications ("apps"), compliance with Apple's App Store guidelines, and communications with third-party app developers.

3. Apple's headquarters is located at One Apple Park Way in Cupertino, Santa Clara County, California.

4. Apple's App Store for the United States is managed at Apple's headquarters in Cupertino, Santa Clara County, California. As a result, the primary

decision-making regarding the review of apps for the United States and related processes, the development of relevant policies, and marketing for the App Store occur in Cupertino, California.

5. To the best of my knowledge, there are no individuals or electronic records related to Apple's review of apps—including simulated casino-style and sweepstakes gaming apps—located in New Jersey.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 25th day of September at Sunnyvale, California.

s/ [signature]

Stoney Gamble