# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JULIAN BARGO, LAMAR PRATER and REBECCA PRATT, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>APPLE INC., APPLE PAYMENTS INC., GOOGLE LLC, and GOOGLE PAYMENT CORP.,<br><br>     Defendants. | Civil Action No.: 2:25-cv-02025-ES-LDW<br><br>Hon. Esther Salas, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J.<br><br>**DECLARATION OF MICHAEL A. THORNBERRY IN SUPPORT OF DEFENDANTS APPLE INC. AND APPLE PAYMENTS INC.'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404**<br><br>*Document Electronically Filed* |

I, Michael A. Thornberry, hereby declare as follows:

1. I have personal knowledge of the facts recited herein and, if called upon to testify under oath, I could and would testify competently thereto. I submit this declaration in support of Defendants Apple Inc. and Apple Payments Inc.'s Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404.

2. I am an employee of Apple Inc., where I have worked since August 2000. My current title is Senior Director, Business Operations. In this role, I am responsible for overseeing a wide range of functions that enable the Apple Payments business, among others, to launch and operate efficiently and effectively at scale.

3. Apple Payments Services LLC is a Delaware LLC with its principal place of business in Austin, Texas.

4. Apple Payments Services LLC owns and operates the Apple Pay business.

5. The Apple Pay business is managed in Cupertino, Santa Clara County, California. As a result, the primary decision-making regarding the Apple Pay

payment processing business and development of relevant policies occurs in Cupertino, California.

6. Individuals who are knowledgeable about the Apple Pay business are primarily located in California.

7. To the best of my knowledge, there are no individuals or electronic records related to the Apple Pay business located in New Jersey.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 26th day of September at Cupertino, California.

s/ *Mike Thornberry*
Michael A. Thornberry