# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JULIAN BARGO, LAMAR PRATER and REBECCA PRATT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., APPLE PAYMENTS INC., GOOGLE LLC, and GOOGLE PAYMENT CORP.,<br><br>Defendants. | Civil Action No.: 2:25-cv-02025-ES-LDW<br><br>Hon. Esther Salas, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J.<br><br>**PROPOSED ORDER**<br><br>*Document Electronically Filed* |

In consideration of Defendants Apple Inc. and Apple Payments Inc.'s Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404, **IT IS** on this _____ day of _____ 2025, **ORDERED** that all claims against Apple Inc. and Apple Payments Inc. be transferred to the United States District Court for the Northern District of California, San Jose Division.

_____

Hon. Esther Salas