Caroline Pignatelli (N.J. Attorney No. 026292007)
**COOLEY LLP**
55 Hudson Yards
New York, New York 10001-2157
T: (212) 479-6000
F: (212) 479-6275
cpignatelli@cooley.com

Teresa Michaud (*admitted pro hac vice*)
**COOLEY LLP**
355 South Grand Avenue, Suite 900
Los Angeles, CA 90071-1560
T: (213) 561-3250
F: (213) 561-3244
tmichaud@cooley.com

*Attorneys for Defendants*
*GOOGLE LLC and GOOGLE PAYMENT CORP.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JULIAN BARGO, LAMAR PRATER and REBECCA PRATT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., APPLE PAYMENTS INC., GOOGLE LLC, and GOOGLE PAYMENT CORP.,<br><br>Defendants. | Civil Action No. 2:25-cv-02025<br><br>Hon. Esther Salas, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J.<br><br>**GOOGLE LLC AND GOOGLE PAYMENT CORP.'S NOTICE OF MOTION AND MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404**<br><br>*Document Electronically Filed* |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Points and Authorities, the undersigned will and hereby does move this Court for an Order pursuant to 28 U.S.C. § 1404 transferring this action to the United States District Court for the Northern District of California.

Dated: September 29, 2025   COOLEY LLP

By: */s/ Caroline Pignatelli*
    Caroline Pignatelli
    (N.J. Attorney No. 026292007)
    55 Hudson Yards
    New York, New York 10001-2157
    T: (212) 479-6679
    F: (212) 479-6275
    cpignatelli@cooley.com

    Teresa Michaud
    (*admitted pro hac vice*)
    355 South Grand Avenue, Suite 900
    Los Angeles, CA 90071-1560
    T: (213) 561-3250
    F: (213) 561-3244
    tmichaud@cooley.com

*Attorneys for Defendants*
*Google LLC and Google Payment Corp.*