Caroline Pignatelli (N.J. Attorney No. 026292007)
**COOLEY LLP**
55 Hudson Yards
New York, New York 10001-2157
T: +1 (212) 479-6000

Teresa Michaud (*admitted pro hac vice*)
**COOLEY LLP**
355 South Grand Avenue, Suite 900
Los Angeles, CA 90071-1560
Tel: (213) 561-3250

*Attorneys for Defendants*
*GOOGLE LLC and GOOGLE PAYMENT CORP.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JULIAN BARGO, LAMAR PRATER and REBECCA PRATT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., APPLE PAYMENTS INC., GOOGLE LLC, and GOOGLE PAYMENT CORP.,<br><br>Defendants. | Civil Action No. 2:25-cv-02025<br><br>Hon. Esther Salas, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J.<br><br>**DECLARATION OF JOSEPH MILLS IN SUPPORT OF GOOGLE LLC AND GOOGLE PAYMENT CORP.'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404**<br><br>***Document Electronically Filed*** |

I, Joseph Mills, declare and state as follows:

1.      I am a Director of Product Management on the Google Play Monetization team at Google LLC ("Google").  I have worked on this team at Google for over six years. The facts set forth in this declaration are based on my personal knowledge, and, if called as a witness, I could and would testify competently thereto.

2.      As part of my current role, I have personal knowledge of the Google Play Terms of Service ("Play Terms"), the Google Pay Terms ("Pay Terms"), and the Google Terms of Service ("Google Terms") (collectively, I will refer to the Play Terms, Pay Terms and Google Terms as the "Terms").  In my role, I also have access to Google's records regarding these Terms, which are kept in the ordinary course of business.

3.      Working in this role at Google I am also familiar with and have personal experience with how Android phone users can and do download third-party applications (or "apps") from the Google Play Store and make purchases using Google Pay.  Specifically, if a developer chooses to utilize Google Pay in its app in addition to or instead of other payment options, a user's in-app purchase can be processed through this service.

4.      As a Product Manager on the Google Play Monetization team, I was based in Google's headquarters in Mountain View, California for four years, then in Google's San Francisco office for two years.  Therefore, I have personal knowledge that Mountain View is where most executive and management-level decisions about the U.S. operations of Google Play and Google Pay are made.

5.      The Google Play Store application is provided on most Android phones in the US as a preloaded (stock or default) application.  When a user first sets up her Android device, she must agree to the Play Terms.  Attached hereto as **Exhibit 1** is a screenshot illustrating the screen a user sees to agree to the Google Terms when setting up their Android mobile device.

6.      Accordingly, before a user can download any application via Google Play (whether paid or free), the user will have necessarily agreed to the Play Terms.  It is impossible to download an application without having indicated agreement to the Play Terms.

7.      Likewise, when a user first creates a Google Pay account, which is when they typically add a payment method such as a credit card to pay using Google Pay, the user must indicate that she agrees to be bound by the Pay Terms.  Payments can be made with Google Pay both within apps and on websites, but either way the user must have already agreed to the Pay Terms prior to making a purchase.

8.     I understand that Plaintiff Rebecca Pratt ("Ms. Pratt") alleges that she registered with and used the website of "Chumba Casino" between June 2024 and August 2024, and that she also downloaded the Chumba Casino application to her Android phone from the Google Play Store.  I also understand that Ms. Pratt alleges that she purchased digital coins in-app from Chumba Casino using Google Pay.

9.     The process described above in Paragraphs 6 through 8 was in place between June 2024 and August 2024 when Ms. Pratt alleges she downloaded and made purchases in the Chumba Casino app, meaning it would have been impossible for Ms. Pratt to take these actions without agreeing to the Google Terms.

10.    A true and correct copy of the version of the Play Terms effective through June 30, 2024, is attached hereto as **Exhibit 2**.  A true and correct copy of the Play Terms effective starting July 1, 2024, is attached hereto as **Exhibit 3**.  These terms cover the period from June 2024 through August 2024–the time Ms. Pratt registered with and used Chumba Casino, including downloading the Chuma Casino app from the Play Store.

11.    Section 1 of the Play Terms is the same in Exhibits 2 and 3, and states that use of the Google Play Store and the apps is subject to both the Play Terms and the Google Terms, which are hyperlinked:

> Your use of Google Play and the apps (including Android Instant Apps), system services, games, movies, books, magazines, or other digital content or services (referred to as **"Content"**) available through it is subject to these Google Play Terms of Service (**"Play ToS"**) and the <u>Google Terms of</u>

Service ("**Google ToS**") (together referred to as the **"Terms"**).  Google Play is a "service" as described in the Google ToS.

12.     A true and correct copy of the version of the Pay Terms in effect from June 2024 through August 2024—when Ms. Pratt alleges she used Chumba Casino and wagered digital coins that she purchased using Google Pay—is attached hereto as **Exhibit 4**.

13.     Section 1 of the Pay Terms in Exhibit 4 states that Google Pay is subject to both the Google Terms, which are hyperlinked, and the Pay Terms:

> Google Pay is subject to the Google Terms of Service ('**Google ToS**') and is a 'Service' as defined in the Google ToS.  The following Google Pay Terms of Service are additional terms that apply to the use of Google Pay.

14.     A true and correct copy of the version of the Google Terms in effect from June 2024 through August 2024—and which remains in effect today—is attached hereto as **Exhibit 5**.

15.     In a section of Exhibit 5 titled "Settling disputes, governing law, and courts," the Google Terms require that claims arising out of the Google Terms, or its related services—which are hyperlinked and include Google Play and Google Pay—that are litigated in court must be litigated exclusively in Santa Clara County, California:

> California law will govern all disputes arising out of or relating to these terms, service-specific additional terms, or any related services, regardless of conflict of laws rules. These disputes will be resolved exclusively in the federal or state courts of Santa Clara County, California, USA, and you and Google consent to personal jurisdiction in those courts.

16.     Therefore, it would not be possible for Ms. Pratt's allegations to be that she used Google Play and Google Pay unless she agreed to the Terms.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 29, 2025 in New York, New York.

By: *Joseph Mills*
_____
Joseph Mills

# Exhibit 1





# Hi Name

@gmail.com

We publish the Google Terms of Service so that you know what to expect as you use our services. By clicking 'I agree,' you agree to these terms.

You are also agreeing to the Google Play Terms of Service to enable discovery and management of apps.

And remember, the Google Privacy Policy describes how Google handles information generated as you use Google services, You can always visit your Google Account (account.google.com) to take a Privacy Checkup or to adjust your privacy controls.

Don't add this account now          I agree

# Exhibit 2



# Google Play Terms of Service

March 15, 2023 (View archived version)

## 1. Introduction

**Applicable Terms.** Thanks for using Google Play. Google Play is a service provided by Google LLC (**"Google"**, **"we"** or **"us"**), located at 1600 Amphitheatre Parkway, Mountain View, California 94043, USA. Your use of Google Play and the apps (including Android Instant Apps), system services, games, movies, books, magazines, or other digital content or services (referred to as **"Content"**) available through it is subject to these Google Play Terms of Service ("**Play ToS**") and the Google Terms of Service (**"Google ToS"**) (together referred to as the **"Terms"**). Google Play is a "service" as described in the Google ToS. If there is any conflict between the Play ToS and the Google ToS, the Play ToS shall prevail.

## 2. Your Use of Google Play

**Access to and Use of Content.** You may use Google Play to browse, locate, view, stream, or download Content for your mobile, computer, tv, watch, or other supported device (**"Device"**). To use Google Play, you will need a Device that meets the system and compatibility requirements for the relevant Content, working Internet access, and compatible software. The availability of Content and features will vary between countries and not all Content or features may be available in your country. Some Content may be available to share with family members. Content may be offered by Google or made available by third-parties not affiliated with Google. Google is not responsible for and does not endorse any Content made available through Google Play that originates from a source other than Google.

**Age Restrictions.** In order to use Google Play, you must have a valid Google account ("**Google Account**"), subject to the following age restrictions. If you are considered a minor in your country, you must have your parent or legal guardian's permission to use Google Play and to accept the Terms. You must comply with any additional age restrictions that might apply for the use of specific Content or features on Google Play. Family managers and family members must meet these additional requirements as well.

**Third-Party Fees.** You are responsible for any access or data fees incurred from third parties (such as your Internet provider or mobile carrier) in connection with your use and viewing of Content and Google Play.



(collectively, **Updates**"). Such Updates may be necessary in order for you to use Google Play or to access, download, or use Content. By agreeing to these Terms and using Google Play, you agree to receive such Updates automatically. You may be able to manage Updates to certain Content via Settings in Google Play. If it is determined, however, that the Update will fix a critical security vulnerability or critical operability issue related to the Content, or will prevent abuse, the Update may be completed irrespective of your Update settings in Google Play or your Device. If another app store attempts to update Content that was initially downloaded from Google Play, you may receive a warning or such updates may be prevented entirely.

**Information about You.** Google's Privacy Policy explains how we treat your personal data and protect your privacy when using Google Play. Google may need to provide your personal information, such as your name and email address, to Providers for the purposes of processing your transactions or provisioning Content to you. Providers agree to use this information in accordance with their privacy policies.

If you are part of a family group on Google Play, your family members in the family group will be able to see certain information about you. If you are the family manager of a family group on Google Play, family members you invite to join the family group will see your name, photo, and e-mail address. If you join a family group as a family member, other family members will be able to see your name, photo, and e-mail address. Your family manager may also see your age and will see a record of all purchases you make using the designated family payment method, including a description of the Content purchased. If Content is available for family sharing and you share it with your family group, then all family members will be able to access the Content and see that you purchased it.

**Unauthorized Access to Accounts.** You must keep your account details secure and must not share them with anyone else. You must not collect or harvest any personal data of any user of Google Play or of any user of other Google Services via Google Play, including account names.

**Disabled Accounts.** If Google disables access to your account in accordance with the Terms (for example if you violate the Terms), you may be prevented from accessing Google Play, your account details or any files or other Content that is stored with your account. See the Help Center for more information. If you are the family manager of a family on Google Play and Google disables access to your account, your family members may lose access to family features requiring a family group, such as a family payment method, family subscriptions, or Content shared by family members. If you are a family

 **Google Play**

**Malware protection.** To protect you against malicious third party software, URLs, and other security issues, Google may receive information about your Device's network connections, potentially harmful URLs, the operating system, and apps installed on your Device through Google Play or from other sources. Google may warn you if it considers an app or URL to be unsafe, or Google may remove or block its installation on your Device if it is known to be harmful to devices, data or users. You can choose to disable some of these protections in the settings on your Device, however, Google may continue to receive information about apps installed through Google Play, and apps installed on your Device from other sources may continue to be analyzed for security issues without sending information to Google.

**Android Instant Apps.** When you click on a link on your Device, Google Play may check if an applicable instant app exists and, if so, open the link within the instant app. Any code needed to run the portions of the instant app you access will be downloaded to your Device and kept on it temporarily. App details for an instant app can be found in the Google Play store. Android Instant Apps data and settings are synced to devices signed in with your Google account. You can choose to disable Android Instant Apps in the settings on your Device.

**Changes to these Terms.** If the Play ToS change, you will be given at least 30 days notice, and the new Play ToS will be effective after such notice period. Your continued use of Google Play following such notice period will indicate your acceptance of the new Play ToS. The new Play ToS will apply to your use of all Content (including Content you have installed or purchased in the past) and all subsequent installs or purchases. If you do not agree with such changes, you will be given the opportunity to download the Content you previously purchased or installed and terminate your use of the Google Play. You may continue to view that copy of the Content on your Devices in accordance with the last version of the Play ToS that you accepted.

## 3. Purchases and Payments

**Free Content.** Google may allow you to download, view or use Content free of charge on Google Play. Additional limitations may apply to your access and use of certain free Content.

**Purchase of Content**. When you buy Content on or using Google Play you will enter into a separate sale contract based on these Terms (as applicable) with the seller which will be either:

(a) Google LLC; or

 **Google Play**

The separate sale contract is in addition to these Terms.

For sales where Google is acting as an agent for the Provider, the statement, in the Google ToS, that the Google ToS "do not create any third party beneficiary rights", does not apply to your use of Google Play.

Your contract for the purchase and use of Content is completed once you receive the email from Google confirming your purchase of that Content, and performance of this contract begins as soon as the purchase is complete.

**Pre-orders.** When you place a pre-order for Content, your contract for the purchase and use of that item is completed when the Content is made available to you, and you will be charged for the purchase at that time. You can cancel your pre-order at any time up to the point at which the Content becomes available to you. We will need to cancel your pre-order if the Content is withdrawn from sale through Google Play before it is made available and we reserve the right to cancel your order in the event the price changes before your order is fulfilled.

**Family Payment Method.** If you are the family manager of a family group on Google Play, you will be required to set up a valid family payment method for your family members to use to purchase Content on Google Play and within apps. You will be responsible for all of your family members' purchases of Content using the family payment method. If a family group is deleted, or a family member leaves the family group, you may be charged for pending purchases made by family members using the family payment method.

**Google Payments.** In order to purchase Content through Google Play, you must have a Google Payments account and agree to the Google Payments Terms of Service.The Google Payments Privacy Notice applies whenever you purchase Content using a Google Payments account. You are responsible for all amounts payable associated with purchases made through Google Play on your Google Payments account.

**Other Payment Processing Methods.** Google may make available to you various payment processing methods in addition to Google Payments to facilitate the purchase of Content through Google Play. You must abide by any relevant terms and conditions or other legal agreement, whether with Google or a third party, that governs your use of a given payment processing method. Google may add or remove payment processing methods at its sole discretion. You are solely responsible for all amounts payable associated with purchases you make on Google Play.



when you create a Google Play account on a Device, we will send identifiers of your Device, e.g., subscriber ID and SIM card serial number, to your network provider. To permit this you will need to accept the network provider's terms of service. The network provider may send us your billing address information. We will hold and use this information in accordance with Google's Privacy Policies and Google Payments Privacy Notice.

**Pricing.** Pricing and availability of all Content displayed through Google Play are subject to change at any time prior to purchase.

**Taxes."Taxes"** means any duties, customs fees, levies or taxes (other than income tax) associated with the sale of Content, including any related penalties or interest. You are responsible for any Taxes and must pay for Content without any reduction for Taxes. If the seller of Content or Google is obligated to collect or pay Taxes, the Taxes will be charged to you. You must comply with any and all applicable tax laws, including the reporting and payment of any Taxes arising in connection with your use of Google Play or the purchase of Content on or through Google Play. The reporting and payment of any such applicable Taxes are your responsibility.

**All Sales Final.** See Google Play's Refund Policy for more information about your rights to withdraw, cancel, or return purchases for a refund. Except as expressly set out in the Google ToS, Google Play's Refund Policy or the refund policies of the Provider, all sales are final, and no returns, replacements or refunds are permitted. If a replacement, return or refund is granted for any transaction, the transaction may be reversed, and you may no longer be able to access the Content that you acquired through that transaction.

**Subscriptions.** Subscriptions are automatically charged each billing period (whether weekly, monthly, annually, or another period), and you may be charged no earlier than 24 hours before the beginning of each billing period.

**(a)Trials Periods.** When you subscribe to Content for a price, you may receive access to the subscription benefits at no charge for a specified trial period, after which you will be charged until you cancel your subscription. **To avoid being charged, you must cancel before the end of the trial period.** Once you cancel your trial, you will immediately lose access to the Content and any subscription privileges unless otherwise specified. Access to such trial periods may be limited to a certain number of trials for each user during a given period, or other restrictions.

**(b)Cancellations.** You may cancel a subscription at any time before the end of the applicable billing period as described in the Help Center, and the cancellation will apply to

 Google Play

cancelled at the end of your then-current billing period. You will not receive a refund for the current billing period, except as otherwise provided in Google Play's Refund Policy (for example where Content is defective).

**(c)Reductions for Print Subscribers.** Some Providers of periodicals may allow you to purchase a subscription of periodical Content on Google Play at a reduced rate if you are already a print subscriber. If you cancel your print subscription of that periodical or your print subscription expires and you do not renew it, your reduced subscription rate of that Content on Google Play will be cancelled automatically.

**(d)Price Increases.** When you purchase a subscription, you will initially be charged at the rate applicable at the time of your agreement to subscribe. If the price of the subscription increases later, Google will notify you. The increase will apply to the next payment due from you after the notice, provided that you have been given at least 30 days' prior notice before the charge is made. If you are given less than 30 days' prior notice, the price increase will not apply until the payment after the next payment due. If you do not wish to pay the increased price for a subscription, you may cancel the subscription as described in the Cancellations section of these Terms, and you will not be charged further amounts for the subscription, provided you have notified us before the end of the current billing period. Where the Provider increases the price of a subscription and consent is required, Google may cancel your subscription unless you agree to the new price. If your subscription is cancelled and you later decide to re-subscribe, you will be charged at the then current subscription rate.

## 4. Rights and Restrictions

**License to Use Content.** After completing a transaction or paying the applicable fees for Content, you will have the non-exclusive right, solely as expressly permitted in these Terms and associated policies, to store, access, view, use, and display copies of the applicable Content on your Devices or as otherwise authorized for your personal, non-commercial use only. All rights, title and interest in Google Play and Content not expressly granted to you in the Terms are reserved. Your use of apps and games may be governed by the additional terms and conditions of the end user license agreement between you and the Provider.

**Violation of License Terms.** If you violate any of the Terms, your rights under this license will immediately terminate, and Google may terminate your access to Google Play, the Content or your Google Account without refund to you.

**Restrictions**: You may not:



only in the exact manner provided.

- sell, rent, lease, redistribute, broadcast, transmit, communicate, modify, sublicense, transfer, assign any Content to any third party including with regard to any downloads of Content that you may obtain through Google Play except as specifically permitted and only in the exact manner provided.

- use Google Play or any Content in conjunction with any stream-ripping, stream capture or similar software to record or create a copy of any Content that is presented to you in streaming format.

- use Content as part of any service for sharing, lending or multi-person use, or for the purpose of any other institution, except as specifically permitted and only in the exact manner provided.

- attempt to, or assist, authorize or encourage others to circumvent, disable or defeat any of the security features or components that protect, obfuscate or otherwise restrict access to any Content or Google Play.

- remove any watermarks, labels or other legal or proprietary notices included in any Content, or attempt to modify any Content obtained through Google Play, including any modification for the purpose of disguising or changing any indications of the ownership or source of Content.

**Third-Party Provisions.** Notwithstanding anything to the contrary in these Terms, the third parties who license their Content to Google are intended third party beneficiaries under these Terms solely with respect to the specific provisions of these Terms that directly concern their Content (**"Third-Party Provisions"**), and solely for the purpose of enabling such third parties to enforce their rights in such Content. For the avoidance of doubt, nothing in these Terms confers a third-party beneficiary right upon any party, with respect to any provision that falls outside the Third Party Provisions, which includes but is not limited to any provisions or agreements incorporated by reference, or that may be referenced without incorporation, in these Terms.

**Play Policies.** Posting reviews on Google Play is subject to the following policies. If you want to report abuse or other content violations, click here.

**Defective Content.** Once Content is available to you through your account, you should check the Content as soon as reasonably possible to ensure that it functions and performs



**Removal or Unavailability of Content.** Subject to the Terms, Content that you purchase or install will be available to you through Google Play for the period selected by you, in the case of a purchase for a rental period, and in other cases as long as Google has the right to make such Content available to you. In certain cases (for example if Google loses the relevant rights, a service or Content is discontinued, there are critical security issues, or there are breaches of applicable terms or the law), Google may remove from your Device or cease providing you with access to certain Content that you have purchased. For Content sold by Google LLC, you may be given notice of any such removal or cessation, when possible. If you are not able to download a copy of the Content before such removal or cessation, Google may offer you either (a) a replacement of the Content if possible or (b) a full or partial refund of the price of the Content. If Google issues you a refund, the refund shall be your sole remedy.

**Multiple Accounts.** If you have multiple Google Accounts with different user names, in some cases you may transfer Content out of an account and into another account, provided you are the owner of each such account and provided Google has enabled a feature of the relevant service allowing such transfers.

**Limits on access on Devices.** Google may from time to time place limits on the number of Devices or software applications you may use to access Content. Please visit the Google Play Movies & TV/Google TV Usages Rules for more information about these limits for Google Play Movies & TV/Google TV.

**Dangerous Activities.** None of the Services or Content are intended for use in the operation of nuclear facilities, life support systems, emergency communications, aircraft navigation or communication systems, air traffic control systems, or any other such activities in which case the failure of the Services or Content could lead to death, personal injury, or severe physical or environmental damage.

**Google Play Movies & TV/Google TV.** For additional details and restrictions regarding your access and use of Google Play Movies & TV/Google TV, see the Google Play Movies & TV/Google TV Usage Rules.

Google    Privacy & Terms    Help



# Exhibit 3



# Google Play Terms of Service

July 1, 2024 (View archived version)

## 1. Introduction

**Applicable Terms.** Thanks for using Google Play. Google Play is a service provided by Google LLC (**"Google"**, **"we"** or **"us"**), located at 1600 Amphitheatre Parkway, Mountain View, California 94043, USA. Your use of Google Play and the apps (including Android Instant Apps), system services, games, movies, books, magazines, or other digital content or services (referred to as **"Content"**) available through it is subject to these Google Play Terms of Service ("**Play ToS**") and the Google Terms of Service (**"Google ToS"**) (together referred to as the **"Terms"**). Google Play is a "service" as described in the Google ToS. If there is any conflict between the Play ToS and the Google ToS, the Play ToS shall prevail.

## 2. Your Use of Google Play

**Access to and Use of Content.** You may use Google Play to browse, locate, view, stream, or download Content for your mobile, computer, tv, watch, or other supported device (**"Device"**). To use Google Play, you will need a Device that meets the system and compatibility requirements for the relevant Content, working Internet access, and compatible software. The availability of Content and features will vary between countries and not all Content or features may be available in your country. Some Content may be available to share with family members. Content may be offered by Google or made available by third-parties not affiliated with Google. Google is not responsible for and does not endorse any Content made available through Google Play that originates from a source other than Google.

**Age Restrictions.** In order to use Google Play, you must have a valid Google account ("**Google Account**"), subject to the following age restrictions. If you are considered a minor in your country, you must have your parent or legal guardian's permission to use Google Play and to accept the Terms. You must comply with any additional age restrictions that might apply for the use of specific Content or features on Google Play. Family managers and family members must meet these additional requirements as well.

**Third-Party Fees.** You are responsible for any access or data fees incurred from third parties (such as your Internet provider or mobile carrier) in connection with your use and viewing of Content and Google Play.



(collectively, **Updates**). Such Updates may be necessary in order for you to use Google Play or to access, download, or use Content. By agreeing to these Terms and using Google Play, you agree to receive such Updates automatically. You may be able to manage Updates to certain Content via Settings in Google Play. If it is determined, however, that the Update will fix a critical security vulnerability or critical operability issue related to the Content, or will prevent abuse, the Update may be completed irrespective of your Update settings in Google Play or your Device. If another app store attempts to update Content that was initially downloaded from Google Play, you may receive a warning or such updates may be prevented entirely.

**Information about You.** Google's Privacy Policy explains how we treat your personal data and protect your privacy when using Google Play. Google may need to provide your personal information, such as your name and email address, to Providers for the purposes of processing your transactions or provisioning Content to you. Providers agree to use this information in accordance with their privacy policies.

If you are part of a family group on Google Play, your family members in the family group will be able to see certain information about you. If you are the family manager of a family group on Google Play, family members you invite to join the family group will see your name, photo, and e-mail address. If you join a family group as a family member, other family members will be able to see your name, photo, and e-mail address. Your family manager may also see your age and will see a record of all purchases you make using the designated family payment method, including a description of the Content purchased. If Content is available for family sharing and you share it with your family group, then all family members will be able to access the Content and see that you purchased it.

**Unauthorized Access to Accounts.** You must keep your account details secure and must not share them with anyone else. You must not collect or harvest any personal data of any user of Google Play or of any user of other Google Services via Google Play, including account names.

**Disabled Accounts.** If Google disables access to your account in accordance with the Terms (for example if you violate the Terms), you may be prevented from accessing Google Play, your account details or any files or other Content that is stored with your account. See the Help Center for more information. If you are the family manager of a family on Google Play and Google disables access to your account, your family members may lose access to family features requiring a family group, such as a family payment method, family subscriptions, or Content shared by family members. If you are a family



**Malware protection.** To protect you against malicious third party software, URLs, and other security issues, Google may receive information about your Device's network connections, potentially harmful URLs, the operating system, and apps installed on your Device through Google Play or from other sources. Google may warn you if it considers an app or URL to be unsafe, or Google may remove or block its installation on your Device if it is known to be harmful to devices, data or users. You can choose to disable some of these protections in the settings on your Device, however, Google may continue to receive information about apps installed through Google Play, and apps installed on your Device from other sources may continue to be analyzed for security issues without sending information to Google.

**Android Instant Apps.** When you click on a link on your Device, Google Play may check if an applicable instant app exists and, if so, open the link within the instant app. Any code needed to run the portions of the instant app you access will be downloaded to your Device and kept on it temporarily. App details for an instant app can be found in the Google Play store. Android Instant Apps data and settings are synced to devices signed in with your Google account. You can choose to disable Android Instant Apps in the settings on your Device.

**Changes to these Terms.** If the Play ToS change, you will be given at least 30 days notice, and the new Play ToS will be effective after such notice period. Your continued use of Google Play following such notice period will indicate your acceptance of the new Play ToS. The new Play ToS will apply to your use of all Content (including Content you have installed or purchased in the past) and all subsequent installs or purchases. If you do not agree with such changes, you will be given the opportunity to download the Content you previously purchased or installed and terminate your use of the Google Play. You may continue to view that copy of the Content on your Devices in accordance with the last version of the Play ToS that you accepted.

## 3. Purchases and Payments

**Free Content.** Google may allow you to download, view or use Content free of charge on Google Play. Additional limitations may apply to your access and use of certain free Content.

**Purchase of Content**. When you buy Content on or using Google Play you will enter into a separate sale contract based on these Terms (as applicable) with the seller which will be either:

(a) Google Digital Inc. or

 Google Play

The separate sale contract is in addition to these Terms.

For sales where Google is acting as an agent for the Provider, the statement, in the Google ToS, that the Google ToS "do not create any third party beneficiary rights", does not apply to your use of Google Play.

Your contract for the purchase and use of Content is completed once you receive the email from Google confirming your purchase of that Content, and performance of this contract begins as soon as the purchase is complete.

**Pre-orders.** When you place a pre-order for Content, your contract for the purchase and use of that item is completed when the Content is made available to you, and you will be charged for the purchase at that time. You can cancel your pre-order at any time up to the point at which the Content becomes available to you. We will need to cancel your pre-order if the Content is withdrawn from sale through Google Play before it is made available and we reserve the right to cancel your order in the event the price changes before your order is fulfilled.

**Family Payment Method**. If you are the family manager of a family group on Google Play, you will be required to set up a valid family payment method for your family members to use to purchase Content on Google Play and within apps. You will be responsible for all of your family members' purchases of Content using the family payment method. If a family group is deleted, or a family member leaves the family group, you may be charged for pending purchases made by family members using the family payment method.

**Google Payments.** In order to purchase Content through Google Play, you must have a Google Payments account and agree to the Google Payments Terms of Service.The Google Payments Privacy Notice applies whenever you purchase Content using a Google Payments account. You are responsible for all amounts payable associated with purchases made through Google Play on your Google Payments account.

**Other Payment Processing Methods.** Google may make available to you various payment processing methods in addition to Google Payments to facilitate the purchase of Content through Google Play. You must abide by any relevant terms and conditions or other legal agreement, whether with Google or a third party, that governs your use of a given payment processing method. Google may add or remove payment processing methods at its sole discretion. You are solely responsible for all amounts payable associated with purchases you make on Google Play.



when you create a Google Play account on a Device, we will send identifiers of your Device, e.g., subscriber ID and SIM card serial number, to your network provider. To permit this you will need to accept the network provider's terms of service. The network provider may send us your billing address information. We will hold and use this information in accordance with Google's Privacy Policies and Google Payments Privacy Notice.

**Pricing.** Pricing and availability of all Content displayed through Google Play are subject to change at any time prior to purchase.

**Taxes."Taxes"** means any duties, customs fees, levies or taxes (other than income tax) associated with the sale of Content, including any related penalties or interest. You are responsible for any Taxes and must pay for Content without any reduction for Taxes. If the seller of Content or Google is obligated to collect or pay Taxes, the Taxes will be charged to you. You must comply with any and all applicable tax laws, including the reporting and payment of any Taxes arising in connection with your use of Google Play or the purchase of Content on or through Google Play. The reporting and payment of any such applicable Taxes are your responsibility.

**All Sales Final.** See Google Play's Refund Policy for more information about your rights to withdraw, cancel, or return purchases for a refund. Except as expressly set out in the Google ToS, Google Play's Refund Policy or the refund policies of the Provider, all sales are final, and no returns, replacements or refunds are permitted. If a replacement, return or refund is granted for any transaction, the transaction may be reversed, and you may no longer be able to access the Content that you acquired through that transaction.

**Subscriptions.** Subscriptions are automatically charged each billing period (whether weekly, monthly, annually, or another period), and you may be charged no earlier than 24 hours before the beginning of each billing period.

**(a)Trials Periods.** When you subscribe to Content for a price, you may receive access to the subscription benefits at no charge for a specified trial period, after which you will be charged until you cancel your subscription. **To avoid being charged, you must cancel before the end of the trial period.** Once you cancel your trial, you will immediately lose access to the Content and any subscription privileges unless otherwise specified. Access to such trial periods may be limited to a certain number of trials for each user during a given period, or other restrictions.

**(b)Cancellations.** You may cancel a subscription at any time before the end of the applicable billing period as described in the Help Center, and the cancellation will apply to



cancelled at the end of your then-current billing period. You will not receive a refund for the current billing period, except as otherwise provided in Google Play's Refund Policy (for example where Content is defective).

**(c)Reductions for Print Subscribers.** Some Providers of periodicals may allow you to purchase a subscription of periodical Content on Google Play at a reduced rate if you are already a print subscriber. If you cancel your print subscription of that periodical or your print subscription expires and you do not renew it, your reduced subscription rate of that Content on Google Play will be cancelled automatically.

**(d)Price Increases.** When you purchase a subscription, you will initially be charged at the rate applicable at the time of your agreement to subscribe. If the price of the subscription increases later, Google will notify you. The increase will apply to the next payment due from you after the notice, provided that you have been given at least 30 days' prior notice before the charge is made. If you are given less than 30 days' prior notice, the price increase will not apply until the payment after the next payment due. If you do not wish to pay the increased price for a subscription, you may cancel the subscription as described in the Cancellations section of these Terms, and you will not be charged further amounts for the subscription, provided you have notified us before the end of the current billing period. Where the Provider increases the price of a subscription and consent is required, Google may cancel your subscription unless you agree to the new price. If your subscription is cancelled and you later decide to re-subscribe, you will be charged at the then current subscription rate.

## 4. Rights and Restrictions

**License to Use Content.** After completing a transaction or paying the applicable fees for Content, you will have the non-exclusive right, solely as expressly permitted in these Terms and associated policies, to store, access, view, use, and display copies of the applicable Content on your Devices or as otherwise authorized for your personal, non-commercial use only. All rights, title and interest in Google Play and Content not expressly granted to you in the Terms are reserved. Your use of apps and games may be governed by the additional terms and conditions of the end user license agreement between you and the Provider.

**Violation of License Terms.** If you violate any of the Terms, your rights under this license will immediately terminate, and Google may terminate your access to Google Play, the Content or your Google Account without refund to you.

**Restrictions**: You may not:



infringement or violate any other applicable right or (b) as specifically permitted and only in the exact manner provided.

- sell, rent, lease, redistribute, broadcast, transmit, communicate, modify, sublicense, transfer, assign any Content to any third party including with regard to any downloads of Content that you may obtain through Google Play except as specifically permitted and only in the exact manner provided.

- use Google Play or any Content in conjunction with any stream-ripping, stream capture or similar software to record or create a copy of any Content that is presented to you in streaming format.

- use Content as part of any service for sharing, lending or multi-person use, or for the purpose of any other institution, except as specifically permitted and only in the exact manner provided.

- attempt to, or assist, authorize or encourage others to circumvent, disable or defeat any of the security features or components that protect, obfuscate or otherwise restrict access to any Content or Google Play.

- remove any watermarks, labels or other legal or proprietary notices included in any Content, or attempt to modify any Content obtained through Google Play, including any modification for the purpose of disguising or changing any indications of the ownership or source of Content.

**Third-Party Provisions.** Notwithstanding anything to the contrary in these Terms, the third parties who license their Content to Google are intended third party beneficiaries under these Terms solely with respect to the specific provisions of these Terms that directly concern their Content (**"Third-Party Provisions"**), and solely for the purpose of enabling such third parties to enforce their rights in such Content. For the avoidance of doubt, nothing in these Terms confers a third-party beneficiary right upon any party, with respect to any provision that falls outside the Third Party Provisions, which includes but is not limited to any provisions or agreements incorporated by reference, or that may be referenced without incorporation, in these Terms.

**Play Policies.** Posting reviews on Google Play is subject to the following policies. If you want to report abuse or other content violations, click here.

**Defective Content.** Once Content is available to you through your account, you should check the Content as soon as reasonably possible to ensure that it functions and performs



**Removal or Unavailability of Content.** Subject to the Terms, Content that you purchase or install will be available to you through Google Play for the period selected by you, in the case of a purchase for a rental period, and in other cases as long as Google has the right to make such Content available to you. In certain cases (for example if Google loses the relevant rights, a service or Content is discontinued, there are critical security issues, or there are breaches of applicable terms or the law), Google may remove from your Device or cease providing you with access to certain Content that you have purchased. For Content sold by Google Digital Inc. you may be given notice of any such removal or cessation, when possible. If you are not able to download a copy of the Content before such removal or cessation, Google may offer you either (a) a replacement of the Content if possible or (b) a full or partial refund of the price of the Content. If Google issues you a refund, the refund shall be your sole remedy.

**Multiple Accounts.** If you have multiple Google Accounts with different user names, in some cases you may transfer Content out of an account and into another account, provided you are the owner of each such account and provided Google has enabled a feature of the relevant service allowing such transfers.

**Limits on access on Devices.** Google may from time to time place limits on the number of Devices or software applications you may use to access Content. Please visit the Google Play Movies & TV/Google TV Usages Rules for more information about these limits for Google Play Movies & TV/Google TV.

**Dangerous Activities.** None of the Services or Content are intended for use in the operation of nuclear facilities, life support systems, emergency communications, aircraft navigation or communication systems, air traffic control systems, or any other such activities in which case the failure of the Services or Content could lead to death, personal injury, or severe physical or environmental damage.

**Google Play Movies & TV/Google TV.** For additional details and restrictions regarding your access and use of Google Play Movies & TV/Google TV, see the Google Play Movies & TV/Google TV Usage Rules.

Google

Privacy & Terms    Help



# Exhibit 4

**IMPORTANT:** If you reside in **India,** the Google Pay terms of service applicable to you are here. If you reside in the United States, the Google Pay terms of service applicable to you are here.

# Google Pay/Google Payments Terms of Service

Last modified: April 5, 2021

### 1. Introduction

Google Pay is subject to the Google Terms of Service (**'Google ToS'**) and is a 'Service' as defined in the Google ToS. The following Google Pay Terms of Service are additional terms that apply to your use of Google Pay. Your use of Google Pay is subject to these Google Pay Terms of Service and the Google ToS (which together, for purposes of these Google Pay Terms of Service, we refer to as the **'Terms'**). The Google Payments Privacy Notice describes how Google handles your payments info.

If there is any conflict between the Google Pay Terms of Service and the Google ToS, the Google Pay Terms of Service shall prevail. If there is any conflict between the English-language version of the Terms and a version translated into another language, the English-language text shall prevail.

Certain Google Pay features were previously branded 'Android Pay'. While you may continue to see legacy references to Android Pay in shops, in apps or on websites, those features are subject to these Terms.

Your use of Google Pay requires that you agree to the following terms. Please read them carefully. Some products and features may not be available in all countries. Please see the Google Pay Help Centre for more information.

### 2. Basic requirements

By agreeing to the Terms, you represent that you are:

- At least as old as the age specified here; and
- capable of entering into a legally binding agreement with Google.

You will also need a Google Account; a device that meets the Service's system and compatibility requirements, which may change from time to time; working Internet access; and compatible software. Your ability to use Google Pay, and Google Pay's performance, may be affected by these factors. Such system requirements are your responsibility.

### 3. General description of Google Pay

Google Pay lets you save the following to your Google Account, manage them in one place and transact with Google and third parties using them:

- Credit cards, debit cards and other kinds of payment methods that you can use to pay in shops, in apps, on the web and in other ways;
- Public transport passes for use on trains, buses and other forms of transport (**'Public Transport Passes'**); and
- Coupons, loyalty cards, boarding passes, movie tickets and other kinds of passes that you have saved to Google Pay (**'Passes'**).

### 4. Payment methods

#### (a) Types of payment methods

With Google Pay, you can save and manage various kinds of payment methods in your Google Account (collectively, **'Payment Methods'**), including:

- Payment cards such as credit, debit and prepaid cards (**'Payment Cards'**)
- Bank-issued virtual account numbers or virtual card numbers representing your Payment Cards (**'Virtual Card Numbers'** or **'Virtual Account Numbers'**)
- Bank accounts
- Operator billing accounts
- Gift cards
- Public Transport Passes
- Digital wallets or accounts that you have with companies other than Google (**'Linked Third-Party Accounts'**)
- Japanese eMoney cards stored on your device

Availability of a given Payment Method or its compatibility with Google Pay may depend on your country of residence and other factors. The compatible Payment Method types, as well as the Payment Method uses and Google Pay features described below may not be available everywhere, and may change at any time.

### (b) Saving a Payment Method

You may be able to save a Payment Method to your Google Account through a variety of user interfaces, including the Google Pay app or website, the Google Chrome browser, the Payment Method issuer's app or website or through a Google product or service such as the Google Play Store. In order to save a Payment Method, you must complete all required information on any registration forms presented to you. The information that you provide must be current, complete and accurate, and you must maintain it as such. We may require you to provide additional information as a condition of continued use of Google Pay, or to help us determine whether to permit you to continue using Google Pay.

When you save a Payment Method, Google may store information relating to the Payment Method, such as your name and billing address. Google Pay also allows you to save other information to your Google Account that can help speed up transactions, such as a delivery address.

You authorise us to confirm that your Payment Method is in good standing with its provider, including, but not limited to, by submitting a request for a payment authorisation and/or a low-value credit and/or debit to the Payment Method, in accordance with network rules or other requirements applicable to the Payment Method.

You agree that Google Pay is for your personal use, with your own Payment Methods. If you use Google Pay with an eligible corporate card, you agree that you are doing so with your employer's authorisation and with the ability to bind your employer to these Terms.

### (c) Google's role

Except where Google or its affiliate is the issuer, neither Google nor its affiliates are a party to your Payment Methods' cardholder agreements, privacy policy or other terms of use. Nothing in these Terms modifies any such issuer terms. In the event of any inconsistency between these Terms and your issuer's terms or privacy policy, these Terms will govern the relationship between you and Google with respect to Google Pay, and your issuer's terms will govern the relationship between you and the issuer. Google does not make any representation or verify that any of your Payment Instruments is in good standing or that the issuer of your Payment Instrument will authorise or approve any transaction with a merchant or public transport provider when you use Google Pay for that transaction.

9/25/25, 9:34 AM
Case 2:25-cv-02025-ES-LDW   Document 38-2   Filed 09/29/25   Page 32 of 55 PageID: 521
payments.google.com/payments/apis-secure/get_legal_document?ldo=0&ldt=buyertos

Except where Google or its affiliate is the issuer, neither Google nor its affiliates are involved in issuing credit or determining eligibility for credit, nor do they exercise control over: the availability or accuracy of Payment Methods or funds; the provisioning (or addition) of Payment Methods to Google Pay, or addition of funds to Payment Method balances. For any concerns relating to the foregoing, please contact your Payment Method's issuer.

### (d) Saving a Virtual Card Number, Public Transport Pass, Linked Third-Party Account or Japanese eMoney card

The following additional terms apply when using Google Pay to save a Virtual Card Number, Public Transport Pass, Linked Third-Party Account or Japanese eMoney card to your Google Account.

After you have begun to add a Payment Instrument to Google Pay and provided the information requested by Google and/or your Payment Method issuer, Google Pay will check whether the Payment Method is eligible to be used with Google Pay. All of a participating issuer's Payment Methods may not be eligible. If your Payment Method's issuer supports Google Pay and your Payment Method is eligible, when adding it you may see a screen asking you to accept the issuer's terms and conditions. Once you have done so and successfully added the Payment Method, Google Pay will store a Virtual Card Number representing your payment card's actual card number, or associate your Public Transport Pass, Linked Third-Party Account or Japanese eMoney card with your Google Account, for use as described in Section 5 below.

Virtual Card Numbers that you register using Google Pay are distinct from any associated Payment Cards that you save to your Google Account. Unlike a Virtual Card Number, a Payment Card will generally not be presented to you with card art resembling the associated physical card, and cannot be used for in-store Near-Field Communication ('NFC') transactions. However, when you register a Virtual Card Number, Google Pay may also save the associated Payment Card in your Google Account as well.

You acknowledge that Google Pay may receive transaction information from your Payment Method's issuer to display richly formatted transaction details and your recent transaction history in Google Pay.

A Payment Method may be removed from Google Pay on a given device and become unusable with the Service if: (i) you delete the Payment Method from Google Pay; (ii) you delete the Payment Method from your Google Account; (iii) you erase your mobile device using Android Device Manager; (iv) you delete your Google Account; (v) your mobile device fails to connect to any Google product or service for 90 consecutive days; (vi) you do not use Google Pay on the device for 12 consecutive months; and/or (vii) your Payment Method's issuer or payment network instructs Google to remove the Payment Method from Google Pay.

## 5. Transacting with Payment Methods

### (a) On Google properties

Google Pay may allow you to initiate a payment transaction with a **'Seller'**, defined as (i) a Google group company or (ii) any other seller participating in one or more of Google's marketplaces (as listed here) that offers merchandise, goods or services for sale to you, and that requests Google or its affiliates to process payment transactions on its behalf.

You acknowledge and agree that your transaction with a Seller (a **'Google Transaction'**) is solely between you and the Seller. Google and its affiliates are not party to your Google Transactions and related purchases, nor are they buyer or seller in connection with any Google Transaction, unless expressly designated as such (for example, in the listing or description of the relevant merchandise, good or service on a Google-operated website or interface).

When you initiate a Google Transaction, Google may present your available Payment Methods to you at the time of transaction. After you select the Payment Method that you wish to use, Google may charge that Payment Method, or else share the Payment Method and related details with one of its affiliates, which will then process the transaction on behalf of the Seller. You authorise the charge or debit to your Payment Method as necessary to complete processing of a Google Transaction. You also authorise any crediting to your Payment Method in connection with reversals, refunds or adjustments related to a Google Transaction.

For details or terms relating to a specific Google Transaction, including refund or dispute resolution policies, please refer to the terms of service, help centre or other support materials provided by the Seller with which you transacted.

If there is a problem charging your selected Payment Method, Google may charge any other valid Payment Method that you have saved to Google Pay. Visit the [Google Pay website](Google Pay website), Google Pay app or Google settings on your Android device to manage your payment options. You also agree that a Seller may resubmit a Google Transaction for a purchase to the payment network for processing one or more times in the event that a prior Google Transaction is declined or returned by the payment network. Google may delay payment processing of suspicious transactions or transactions that may involve fraud, misconduct or violate applicable law, the Terms or other applicable Google policies, as determined at Google's sole and absolute discretion.

If a Seller offers you the ability to pay for subscriptions, your subscription will start when you click 'accept and buy' (or an equivalent phrase) on a subscription purchase. This is a recurring billing transaction. Unless otherwise stated, your subscription and the relevant billing authorisation will continue indefinitely until cancelled by you. By clicking 'accept and buy' (or equivalent), you authorise the Seller to bill your chosen Payment Method each designated billing period for the subscription. The Google Transaction amount is subject to change by the Seller during the subscription period. Cancellation of a subscription will not become effective until the end of the current billing period. You will not receive a refund for the current billing period and will continue to be able to access the relevant subscription for the remainder of the current billing period.

### (b) With third parties

When you initiate a payment or public transport transaction using Google Pay with any party other than a Seller (such party is a **'Third Party'** and such transaction is a **'Third-Party Transaction'**), Google may pass details of your Payment Method and related information to the Third Party so that it can charge your Payment Method. Depending on the nature of the Third Party, a Third-Party Transaction may be for the purchase of goods or services, for public transport rides or for other purposes, such as charitable donations or gifts. A Third-Party Transaction may be initiated when you: use tap-and-pay in shops or on public transport services using NFC, barcodes or other contactless technology; select 'Google Pay' or 'Buy with Google Pay' as a payment option in an online transaction on the Third Party's website or app; or transact with the Third Party through some other online interface, such as via the Google Assistant. When you initiate an online transaction, Google Pay may also share other information, such as a billing, delivery or email address saved in your Google Account, where relevant to completing the transaction.

In a Third-Party Transaction, after passing the Payment Method and other details to the Third Party, Google will have no further involvement in the transaction, and you acknowledge and agree that such transaction is solely between you and the Third Party and not with Google or any of its affiliates. You should contact the Third Party or your Payment Method provider (for example, the issuer of your Payment Card) directly regarding any issues with Third-Party Transactions, including refunds and disputes.

When you visit a participating Third Party's website or app, Google may disclose to the Third Party whether or not you have Google Pay set up on your device so that the Third Party knows whether to

offer you Google Pay as a payment option. You can opt out of Google making this disclosure in Google Pay privacy settings. Opting out could affect your ability to use Google Pay with certain merchants.

### (c) As part of Chrome or Android AutoFill

If you have enabled the 'AutoFill' feature on the Google Chrome browser or on your Android device, Google Pay may also present you with the option of automatically filling your saved Payment Method and address information in a Third-Party website's payment form on the Chrome browser, or in a Third-Party app's payment form on an Android device. (For more information on how AutoFill works with Google Pay, consult the Chrome Help Centre). When you use this feature, Google is not interacting with the Third-Party website or app, and is only completing your request to automatically fill certain selected information in a Third-Party form. Google has no involvement in any transaction that you complete using Chrome or Android AutoFill, and you acknowledge and agree that such transaction is solely between you and the Third Party and not with Google or its affiliates. You should contact the Third Party or your Payment Method issuer directly regarding any issues with a transaction in which you used Chrome or Android AutoFill.

## 6. Google Pay Passes

Google Pay may also enable you to store and access Passes, which are not Payment Methods and may include vouchers, coupons or other similar content that can be redeemed at participating merchants; cards for membership, affinity or rewards programmes that you have already registered for or may register for via Google Pay; tickets or passes for travel, entertainment and other uses; and gift cards redeemable at a specific merchant shops or group of shops (i.e. closed-loop gift cards). A participating provider of a Pass ('Provider') may update the Pass with information or otherwise communicate with you through the Pass.

By redeeming a Pass with a Provider, whether through NFC, barcode or any other means, you authorise the information regarding that specific Pass to be transferred to the Provider for redemption. Your use of a Pass with a Provider is a transaction between you and the Provider, and not with Google or any of its affiliates. Google is not a party to your use of a Pass with its Provider. Google does not guarantee, and is not liable for, the accuracy of any content on a Pass or of the usability of a Pass with any Provider.

# Exhibit 5

GOOGLE TERMS OF SERVICE

Effective May 22, 2024 | Archived versions

# What's covered in these terms

## We know it's tempting to skip these Terms of Service, but it's important to establish what you can expect from us as you use Google services, and what we expect from you.

These Terms of Service reflect the way Google's business works, the laws that apply to our company, and certain things we've always believed to be true. As a result, these Terms of Service help define Google's relationship with you as you interact with our services. For example, these terms include the following topic headings:

- What you can expect from us, which describes how we provide and develop our services

- What we expect from you, which establishes certain rules for using our services

- Content in Google services, which describes the intellectual property rights to the content you find in our services — whether that content belongs to you, Google, or others

- In case of problems or disagreements, which describes other legal rights you have, and what to expect in case someone violates these terms

Understanding these terms is important because, by accessing or using our services (whether you're signed in to a Google account or not), you're agreeing to these terms.

Besides these terms, we also publish a Privacy Policy. We encourage you to read it to better understand how you can update, manage, export, and delete your information.

# Terms

## Service provider

Google services are provided by, and you're contracting with:

Google LLC
organized under the laws of the State of Delaware, USA, and operating under the laws of the USA

1600 Amphitheatre Parkway
Mountain View, California 94043
USA

## Age requirements

If you're under the age required to manage your own Google Account, you must have your parent or legal guardian's permission to use a Google Account. Please have your parent or legal guardian read these terms with you.

If you're a parent or legal guardian, and you allow your child to use the services, then these terms apply to you and you're responsible for your child's activity on the services.

Some Google services have additional age requirements as described in their service-specific additional terms and policies.

---

# Your relationship with Google

These terms help define the relationship between you and Google. When we speak of "Google," "we," "us," and "our," we mean Google LLC and its affiliates. Broadly speaking, we give you permission to access and use our services if you agree to follow these terms, which reflect how Google's business works and how we earn money.

# What you can expect from us

## Provide a broad range of useful services

We provide a broad range of services that are subject to these terms, including:

- apps and sites (like Search and Maps)

- platforms (like Google Shopping)

- integrated services (like Maps embedded in other companies' apps or sites)

- devices (like Google Nest and Pixel)

Many of these services also include content that you can stream or interact with.

Our services are designed to work together, making it easier for you to move from one activity to the next. For example, if your Calendar event includes an address, you can click on that address and Maps can show you how to get there.

## Develop, improve, and update Google services

We're constantly developing new technologies and features to improve our services. For example, we use artificial intelligence and machine learning to provide you with simultaneous translations, and to better detect and block spam and malware. As part of this continual improvement, we sometimes add or remove features and functionalities, increase or decrease limits to our services, and start offering new services or stop offering old ones. When a service requires or includes downloadable or preloaded software, that software sometimes updates automatically on your device once a new version or feature is available. Some services let you adjust your automatic update settings.

If we make material changes that negatively impact your use of our services or if we stop offering a service, we'll provide you with reasonable advance notice, except in urgent situations such as preventing abuse, responding to legal requirements, or addressing security and operability issues. We'll also provide you with an opportunity to export your content from your Google Account using Google Takeout, subject to applicable law and policies.

# What we expect from you

## Follow these terms and service-specific additional terms

The permission we give you to access and use our services continues as long as you comply with:

- **these terms**

- **service-specific additional terms**, which could, for example, include things like additional age requirements

You also agree that our Privacy Policy applies to your use of our services. We also provide resources like the Copyright Help Center, Safety Center, Transparency Center, and descriptions of our technologies from our policies site to answer common questions and to set expectations about using our services. Finally, we may provide specific instructions and warnings within our services – such as dialog boxes that alert you to important information.

Although we give you permission to use our services, we retain any intellectual property rights we have in the services.

## Respect others

We want to maintain a respectful environment for everyone, which means you must follow these basic rules of conduct:

- comply with applicable laws, including export control, sanctions, and human trafficking laws

- respect the rights of others, including privacy and intellectual property rights

- don't abuse or harm others or yourself (or threaten or encourage such abuse or harm) — for example, by misleading, defrauding, illegally impersonating, defaming, bullying, harassing, or stalking others

Our service-specific additional terms and policies, such as our Generative AI Prohibited Use Policy, provide additional details about appropriate conduct that everyone using those services must follow. If you find that others aren't following these rules, many of our services allow you to report abuse. If we act on a report of abuse, we also provide the process described in the Taking action in case of problems section.

## Don't abuse our services

Most people who access or use our services understand the general rules that keep the internet safe and open. Unfortunately, a small number of people don't respect those rules, so we're describing them here to protect our services and users from abuse. In that spirit:

You must not abuse, harm, interfere with, or disrupt our services or systems — for example, by:

- introducing malware

- spamming, hacking, or bypassing our systems or protective measures

- jailbreaking, adversarial prompting, or prompt injection, except as part of our safety and bug testing programs

- accessing or using our services or content in fraudulent or deceptive ways, such as:

  - phishing

  - creating fake accounts or content, including fake reviews

  - misleading others into thinking that generative AI content was created by a human

  - providing services that appear to originate from you (or someone else) when they actually originate from us

- providing services that appear to originate from us when they do not

- using our services (including the content they provide) to violate anyone's legal rights, such as intellectual property or privacy rights

- reverse engineering our services or underlying technology, such as our machine learning models, to extract trade secrets or other proprietary information, except as allowed by applicable law

- using automated means to access content from any of our services in violation of the machine-readable instructions on our web pages (for example, robots.txt files that disallow crawling, training, or other activities)

- using AI-generated content from our services to develop machine learning models or related AI technology

- hiding or misrepresenting who you are in order to violate these terms

- providing services that encourage others to violate these terms

## Permission to use your content

Some of our services are designed to let you upload, submit, store, send, receive, or share your content. You have no obligation to provide any content to our services and you're free to choose the content that you want to provide. If you choose to upload or share content, please make sure you have the necessary rights to do so and that the content is lawful.

## License

Your content remains yours, which means that you retain any intellectual property rights that you have in your content. For example, you have intellectual property rights in the creative content you make, such as reviews you write. Or you may have the right to share someone else's creative content if they've given you their permission.

We need your permission if your intellectual property rights restrict our use of your content. You provide Google with that permission through this license.

## What's covered

This license covers your content if that content is protected by intellectual property rights.

## What's not covered

- This license doesn't affect your privacy rights — it's only about your intellectual property rights

- This license doesn't cover these types of content:

    - publicly-available factual information that you provide, such as corrections to the address of a local business. That information doesn't require a license because it's considered common knowledge that everyone's free to use.

    - feedback that you offer, such as suggestions to improve our services. Feedback is covered in the Service-related communications section below.

## Scope

This license is:

- worldwide, which means it's valid anywhere in the world

- non-exclusive, which means you can license your content to others

- royalty-free, which means there are no monetary fees for this license

## Rights

This license allows Google to:

- host, reproduce, distribute, communicate, and use your content — for example, to save your content on our systems and make it accessible from anywhere you go

- publish, publicly perform, or publicly display your content, if you've made it visible to others

- modify and create derivative works based on your content, such as reformatting or translating it

- sublicense these rights to:

  - other users to allow the services to work as designed, such as enabling you to share photos with people you choose

  - our contractors who've signed agreements with us that are consistent with these terms, only for the limited purposes described in the Purpose section below

## Purpose

This license is for the limited purpose of:

- **operating and improving the services**, which means allowing the services to work as designed and creating new features and functionalities. This includes using automated systems and algorithms to analyze your content:

  - for spam, malware, and illegal content

  - to recognize patterns in data, such as determining when to suggest a new album in Google Photos to keep related photos together

  - to customize our services for you, such as providing recommendations and personalized search results, content, and ads (which you can change or turn off in Ads Settings)

  This analysis occurs as the content is sent, received, and when it is stored.

- **using content you've shared publicly to promote the services**. For example, to promote a Google app, we might quote a review you wrote. Or to promote Google Play, we might show a screenshot of the app you offer in the Play Store.

- **developing new technologies and services** for Google consistent with these terms

## Duration

This license lasts for as long as your content is protected by intellectual property rights.

If you remove from our services any content that's covered by this license, then our systems will stop making that content publicly available in a reasonable amount of time. There are two exceptions:

- If you already shared your content with others before removing it. For example, if you shared a photo with a friend who then made a copy of it, or shared it again, then that photo may continue to appear in your friend's Google Account even after you remove it from your Google Account.

- If you make your content available through other companies' services, it's possible that search engines, including Google Search, will continue to find and display your content as part of their search results.

# Using Google services

## Your Google Account

If you meet these age requirements you can create a Google Account for your convenience. Some services require that you have a Google Account in order to work — for example, to use Gmail, you need a Google Account so that you have a place to send and receive your email.

You're responsible for what you do with your Google Account, including taking reasonable steps to keep your Google Account secure, and we encourage you to regularly use the Security Checkup.

## Using Google services on behalf of an organization or business

Many organizations, such as businesses, non-profits, and schools, take advantage of our services. To use our services on behalf of an organization:

• an authorized representative of that organization must agree to these terms

• your organization's administrator may assign a Google Account to you. That administrator might require you to follow additional rules and may be able to access or disable your Google Account.

## Service-related communications

To provide you with our services, we sometimes send you service announcements and other information. To learn more about how we communicate with you, see Google's Privacy Policy.

If you choose to give us feedback, such as suggestions to improve our services, we may act on your feedback without obligation to you.

# Content in Google services

## Your content

Some of our services allow you to generate original content. Google won't claim ownership over that content.

Some of our services give you the opportunity to make your content publicly available — for example, you might post a product or restaurant review that you wrote, or you might upload a blog post that you created.

- See the Permission to use your content section for more about your rights in your content, and how your content is used in our services

- See the Removing your content section to learn why and how we might remove user-generated content from our services

If you think someone is infringing your intellectual property rights, you can send us notice of the infringement and we'll take appropriate action. For example, we suspend or close the Google Accounts of repeat copyright infringers as described in our Copyright Help Center.

## Google content

Some of our services include content that belongs to Google — for example, many of the visual illustrations you see in Google Maps. You may use Google's content as allowed by these terms and any service-specific additional terms, but we retain any intellectual property rights that we have in our content. Don't remove, obscure, or alter any of our branding, logos, or legal notices. If you want to use our branding or logos, please see the Google Brand Permissions page.

## Other content

Finally, some of our services give you access to content that belongs to other people or organizations — for example, a store owner's description of their own business, or a newspaper article displayed in Google News. You may not use this content without that person or organization's permission, or as otherwise allowed by law. The views expressed in other people or organizations' content are theirs, and don't necessarily reflect Google's views.

# Software in Google services

Some of our services include downloadable or preloaded software. We give you permission to use that software as part of the services.

The license we give you is:

• worldwide, which means it's valid anywhere in the world

• non-exclusive, which means that we can license the software to others

• royalty-free, which means there are no monetary fees for this license

• personal, which means it doesn't extend to anyone else

• non-assignable, which means you're not allowed to assign the license to anyone else

Some of our services include software that's offered under open source license terms that we make available to you. Sometimes there are provisions in the open source license that explicitly override parts of these terms, so please be sure to read those licenses.

You may not copy, modify, distribute, sell, or lease any part of our services or software.

# In case of problems or disagreements

## Warranty disclaimer

We built our reputation on providing useful, reliable services like Google Search and Maps, and we're continuously improving our services to meet your needs. However, for legal purposes, we offer our services without warranties unless explicitly stated in our service-specific additional terms. The law requires that we explain this using specific legal language and that we use capital letters to help make sure you see it, as follows:

TO THE EXTENT ALLOWED BY APPLICABLE LAW, WE PROVIDE OUR SERVICES "AS IS" WITHOUT ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT. FOR EXAMPLE, WE DON'T MAKE ANY WARRANTIES ABOUT THE CONTENT OR FEATURES OF THE SERVICES, INCLUDING THEIR ACCURACY, RELIABILITY, AVAILABILITY, OR ABILITY TO MEET YOUR NEEDS.

DON'T RELY ON THE SERVICES FOR MEDICAL, LEGAL, FINANCIAL, OR OTHER PROFESSIONAL ADVICE. ANY CONTENT REGARDING THOSE TOPICS IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND IS NOT A SUBSTITUTE FOR ADVICE FROM A QUALIFIED PROFESSIONAL.

## Liabilities

### For all users

Both the law and these terms try to strike a balance as to what you or Google can claim from the other in case of problems. That's why the law requires everyone to be responsible for certain liabilities — but not others — under these terms.

These terms only limit our responsibilities as allowed by applicable law. These terms don't limit liability for gross negligence or willful misconduct.

To the extent allowed by applicable law:

- Google is liable only for its breaches of these terms or applicable service-specific additional terms

- Google isn't liable for:

    - loss of profits, revenues, business opportunities, goodwill, or anticipated savings

    - indirect or consequential losses

    - punitive damages

- Google's total liability arising out of or relating to these terms is limited to the greater of (1) $200 or (2) the fees paid to use the relevant services in the 12 months before the dispute

## For business users and organizations only

If you're a business user or organization:

- To the extent allowed by applicable law, you'll indemnify Google and its directors, officers, employees, and contractors for any third-party legal proceedings (including actions by government authorities) arising out of or relating to your unlawful use of the services or violation of these terms or service-specific additional terms. This indemnity covers any liability or expense arising from claims, losses, damages, judgments, fines, litigation costs, and legal fees.

- If you're legally exempt from certain responsibilities, including indemnification, then those responsibilities don't apply to you under these terms. For example, the United Nations enjoys certain immunities from legal obligations and these terms don't override those immunities.

## Taking action in case of problems

Before taking action as described below, we'll provide you with advance notice when reasonably possible, describe the reason for our action, and give you an opportunity to clarify the issue and address it, unless doing so would:

- cause harm or liability to a user, third party, or Google

- violate the law or a legal enforcement authority's order

- compromise an investigation

- compromise the operation, integrity, or security of our services

## Removing your content

If any of your content (1) breaches these terms, service-specific additional terms or policies, (2) violates applicable law, or (3) could harm our users, third parties, or Google, then we reserve the right to take down some or all of that content in accordance with applicable law. Examples include child pornography, content that facilitates human trafficking or harassment, terrorist content, and content that infringes someone else's intellectual property rights.

## Suspending or terminating your access to Google services

Without limiting any of our other rights, Google may suspend or terminate your access to the services or delete your Google Account if any of these things happen:

- you materially or repeatedly breach these terms, service-specific additional terms or policies

- we're required to do so to comply with a legal requirement or a court order

- your conduct causes harm or liability to a user, third party, or Google — for example, by hacking, phishing, harassing, spamming, misleading others, or scraping content that doesn't belong to you

For more information about why we disable accounts and what happens when we do, see this Help Center page. If you believe your Google Account has been suspended or terminated in error, you can appeal.

Of course, you're always free to stop using our services at any time. If you do stop using a service, we'd appreciate knowing why so that we can continue improving our services.

## Settling disputes, governing law, and courts

For information about how to contact Google, please visit our contact page.

California law will govern all disputes arising out of or relating to these terms, service-specific additional terms, or any related services, regardless of conflict of laws rules. These disputes will be resolved exclusively in the federal or state courts of Santa Clara County, California, USA, and you and Google consent to personal jurisdiction in those courts.

---

# About these terms

By law, you have certain rights that can't be limited by a contract like these terms of service. These terms are in no way intended to restrict those rights.

These terms describe the relationship between you and Google. They don't create any legal rights for other people or organizations, even if others benefit from that relationship under these terms.

We want to make these terms easy to understand, so we've used examples from our services. But not all services mentioned may be available in your country.

If these terms conflict with the service-specific additional terms, the additional terms will govern for that service.

If it turns out that a particular term is not valid or enforceable, this will not affect any other terms.

If you don't follow these terms or the service-specific additional terms, and we don't take action right away, that doesn't mean we're giving up any rights that we may have, such as taking action in the future.

We may update these terms and service-specific additional terms (1) to reflect changes in our services or how we do business — for example, when we add new services, features, technologies, pricing, or benefits (or remove old ones), (2) for legal, regulatory, or security reasons, or (3) to prevent abuse or harm.

If we materially change these terms or service-specific additional terms, we'll provide you with reasonable advance notice and the opportunity to review the changes, except (1) when we launch a new service or feature, or (2) in urgent situations, such as preventing ongoing abuse or responding to legal requirements. If you don't agree to the new terms, you should remove your content and stop using the services. You can also end your relationship with us at any time by closing your Google Account. If you close your Google Account and then access or use our services without an account, that access and use will be subject to the most current version of these terms.

---

DEFINITIONS

## affiliate

An entity that belongs to the Google group of companies, which means Google LLC and its subsidiaries, including the following companies that provide consumer services in the EU: Google Ireland Limited, Google Commerce Limited, and Google Dialer Inc.

## business user

An individual or entity who is not a consumer (see consumer).

### consumer

An individual who uses Google services for personal, non-commercial purposes outside of their trade, business, craft, or profession. (See business user)

### copyright

A legal right that allows the creator of an original work (such as a blog post, photo, or video) to decide if and how that original work may be used by others, subject to certain limitations and exceptions (such as "fair use" and "fair dealing").

### disclaimer

A statement that limits someone's legal responsibilities.

### indemnify or indemnity

An individual or organization's contractual obligation to compensate the losses suffered by another individual or organization from legal proceedings such as lawsuits.

### intellectual property rights (IP rights)

Rights over the creations of a person's mind, such as inventions (patent rights); literary and artistic works (copyright); designs (design rights); and symbols, names, and images used in commerce (trademarks). IP rights may belong to you, another individual, or an organization.

### liability

Losses from any type of legal claim, whether the claim is based on a contract, tort (including negligence), or other reason, and whether or not those losses could have been reasonably anticipated or foreseen.

## organization

A legal entity (such as a corporation, non-profit, or school) and not an individual person.

## services

The Google services that are subject to these terms are the products and services listed at https://policies.google.com/terms/service-specific, including:

• apps and sites (like Search and Maps)

• platforms (like Google Shopping)

• integrated services (like Maps embedded in other companies' apps or sites)

• devices and other goods (like Google Nest)

Many of these services also include content that you can stream or interact with.

## trademark

Symbols, names, and images used in commerce that are capable of distinguishing the goods or services of one individual or organization from those of another.

## warranty

An assurance that a product or service will perform to a certain standard.

## your content

Things that you create, upload, submit, store, send, receive, or share using our services, such as:

• Docs, Sheets, and Slides you create

- blog posts you upload through Blogger

- reviews you submit through Maps

- videos you store in Drive

- emails you send and receive through Gmail

- pictures you share with friends through Photos

- travel itineraries that you share with Google