Caroline Pignatelli (N.J. Attorney No. 026292007)
**COOLEY LLP**
55 Hudson Yards
New York, New York 10001-2157
T: (212) 479-6000
F: (212) 479-6275
cpignatelli@cooley.com

Teresa Michaud (*admitted pro hac vice*)
**COOLEY LLP**
355 South Grand Avenue, Suite 900
Los Angeles, CA 90071-1560
T: (213) 561-3250
F: (213) 561-3244
tmichaud@cooley.com

*Attorneys for Defendants*
*GOOGLE LLC and GOOGLE PAYMENT CORP.*

**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JULIAN BARGO, LAMAR PRATER and REBECCA PRATT, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC., APPLE PAYMENTS INC., GOOGLE LLC, and GOOGLE PAYMENT CORP.,<br><br>Defendants. | Civil Action No.: 2:25-cv-02025-ES-LDW<br><br>Hon. Esther Salas, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J.<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC AND GOOGLE PAYMENT CORP.'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404**<br><br>*Document Electronically Filed* |

**THIS MATTER** comes before the Court upon Defendants Google LLC and Google Payment Corp.'s ("Google") Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404. The Court has considered the Motion, Memorandum, Declaration of

Joseph Mills and exhibits attached thereto, and any opposition, reply, and oral argument. Upon consideration of the full record, Google's Motion to Transfer is **Granted**.

Accordingly, it is hereby **ORDERED** that the Clerk shall **TRANSFER** this case to the United States District Court for the Northern District of California for all purposes, including trial, and thereafter close this case in this district.

**IT IS SO ORDERED** on this _____ day of _____, 2025.

_____
HON. ESTHER SALAS,
U.S.D.J.

Cc: All counsel of record