Caroline Pignatelli (N.J. Attorney No. 026292007)
**COOLEY LLP**
55 Hudson Yards
New York, New York 10001-2157
T: (212) 479-6000
F: (212) 479-6275
cpignatelli@cooley.com

Teresa Michaud (*admitted pro hac vice*)
**COOLEY LLP**
355 South Grand Avenue, Suite 900
Los Angeles, CA 90071-1560
T: (213) 561-3250
F: (213) 561-3244
tmichaud@cooley.com

*Attorneys for Defendants*
*GOOGLE LLC and GOOGLE PAYMENT CORP.*

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JULIAN BARGO, LAMAR PRATER and REBECCA PRATT, on behalf of themselves and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., APPLE PAYMENTS INC., GOOGLE LLC, and GOOGLE PAYMENT CORP., <br><br> Defendants. | Civil Action No.: 2:25-cv-02025-ES-LDW <br><br> Hon. Esther Salas, U.S.D.J. <br> Hon. Leda D. Wettre, U.S.M.J. <br><br> **CERTIFICATE OF SERVICE** <br><br> *Document Electronically Filed* |

CAROLINE PIGNATELLI, of full age, hereby certifies as follows:

I am an attorney-at-law admitted to practice in the District of New Jersey and Special Counsel at the law firm of Cooley LLP, attorneys for Google LLC and Google Payment Corp.

On September 29, 2025, I caused copies of (i) a Notice of Motion and Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404; (ii) a Memorandum in Support of Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404; (iii) a Declaration of Joseph Mills in Support of Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404; (iv) Exhibits 1-5 submitted with the Declaration of Joseph Mills; (v) a proposed Order Granting Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404; and (v) this Certificate of Service, to be served on all counsel of record by electronic case filing.

Dated: September 29, 2025        COOLEY LLP

By: */s/ Caroline Pignatelli*

Caroline Pignatelli
(N.J. Attorney No. 026292007)
55 Hudson Yards
New York, New York 10001-2157
T: (212) 479-6679
F: (212) 479-6275
cpignatelli@cooley.com

*Attorneys for Defendants*
*GOOGLE LLC and GOOGLE*
*PAYMENT CORP.*